**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7705**

STANLEY EARL CORBETT, JR.,

                Plaintiff - Appellant,

        v.

G. J. BRANKER; LIEUTENANT SHELTON,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:10-ct-03147-FL)

Submitted: January 22, 2013            Decided: January 25, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanley Earl Corbett, Jr., Appellant Pro Se.  Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Corbett, Jr., appeals the district court's order granting summary judgment to the defendants on his claims under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Corbett v. Branker, No. 5:10-ct-03147-FL (E.D.N.C. Sept. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED